FORREST v. PITT COUNTY BD. OF EDUCATION

[328 N.C. 327 (1991)]

ADDIE FORREST, Employee, Plaintiff v. PITT COUNTY BOARD OF EDUCA-
TION, Employer; SELF-INSURED (STATE BOARD OF EDUCATION),
Defendants

No. 472A90

(Filed 7 March 1991)

APPEAL by the defendants pursuant to N.C.G.S. § 7A-30(2)
from the decision of a divided panel of the Court of Appeals, 100
N.C. App. 119, 394 S.E.2d 659 (1990), affirming in part, vacating
in part and remanding the decision and award entered by the
Industrial Commission, on 13 June 1989. Heard in the Supreme
Court 13 February 1991.

*Hugh D. Cox for plaintiff-appellee.*

*Lacy H. Thornburg, Attorney General, by D. Sigsbee Miller,
Assistant Attorney General, for the defendant-appellants.*

PER CURIAM.

Affirmed.